# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Santoro, Frank J. | U. S. Bankruptcy Court, EDVA | 08/14/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

600 Granby Street
Norfolk, Virginia 23510

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 08/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 3/312019 | Regent University School of Law Adjunct Professor | $6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Southeastern Bankruptcy Law Institute | 03/20/2019 to 03/23/2019 | Atlanta, GA | To appear at professional education seminar | Transportation, food, and lodging |
| 2. | Northern Virginia Bankruptcy Bar Association | 06/19/2019 to 06/20/2019 | Arlington, VA | To appear at professional education seminar | Lodging and transportation |
| 3. | American Bankruptcy Institute | 08/01/2019 to 08/03/2019 | Hershey, PA | To appear at professional education seminar | Food, lodging, and transportation |
| 4. | Nattional Conference of Bankruptcy Judges | 10/29/2019 to 11/01/2019 | Washington, DC | To participate in a professional conference | Transportation and lodging |
| 5. | North Carolina Bar Association | 11/21/2019 to 11/22/2019 | Wilmington, NC | To appear at professional education seminar | Transportation and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 08/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Santoro, Frank J.** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Farm, 1/2 interest, Isle of Wight County, Virginia July 03 | | None | N | W | | | | | |
| 2. | FSNC, LLC, 88% Membership Interest | | None | N | W | | | | | |
| 3. | Geeks on Call, Convertible Preferred Stock | | None | J | W | | | | | |
| 4. | Waterside Capital Corporation | | None | J | T | | | | | |
| 5. | First Eagle Global Fund Class A | D | Int./Div. | K | T | | | | | |
| 6. | Pimco Income Fund Class A | A | Int./Div. | K | T | | | | | |
| 7. | IShares Russell 2000 ETF | A | Dividend | K | T | | | | | |
| 8. | IShares Russell 1000 Growth | A | Dividend | K | T | | | | | |
| 9. | T Rowe Price Global Tech Fund | B | Dividend | | | Sold | 03/13/19 | K | | |
| 10. | Invesco Floating rate Class Fund I | A | Dividend | J | T | | | | | |
| 11. | Accenture | A | Dividend | J | T | | | | | |
| 12. | Alphabet Inc | A | Dividend | J | T | | | | | |
| 13. | Ameriprise | A | Dividend | J | T | | | | | |
| 14. | Colgate Palmolive | A | Dividend | J | T | | | | | |
| 15. | Comcast Corp | A | Dividend | J | T | | | | | |
| 16. | Danaher Corp | A | Dividend | J | T | | | | | |
| 17. | Ecolab Inc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Santoro, Frank J.** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Facebook Inc Class A | A | Dividend | J | T | | | | | |
| 19. Home Depot Inc | A | Dividend | J | T | | | | | |
| 20. Honeywell Inc | A | Dividend | J | T | | | | | |
| 21. Intercontinental Exchange Group | A | Dividend | J | T | | | | | |
| 22. Medtronic | A | Dividend | J | T | | | | | |
| 23. OReilly Automotive | A | Dividend | J | T | | | | | |
| 24. Red Hat | A | Dividend | J | T | | | | | |
| 25. Rockwell Automation Inc | A | Dividend | J | T | | | | | |
| 26. Thermo Fisher Scientific Inc | A | Dividend | J | T | | | | | |
| 27. TJX Companies Inc | A | Dividend | J | T | | | | | |
| 28. United technologies | A | Dividend | J | T | | | | | |
| 29. Walt Disney Company | A | Dividend | J | T | | | | | |
| 30. Adobe Systems Delaware | A | Dividend | J | T | | | | | |
| 31. Lowes | A | Dividend | J | T | | | | | |
| 32. Artisan Global Value Fund Class A | A | Dividend | J | T | | | | | |
| 33. Chubb Ltd. Bond | A | Dividend | J | T | | | | | |
| 34. Coca Cola | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Crane Company | A | Dividend | J | T | | | | | |
| 36. Diageo PLC | A | Dividend | J | T | | | | | |
| 37. Intel Corp | A | Dividend | J | T | | | | | |
| 38. Lockheed Martin Corp | A | Dividend | J | T | | | | | |
| 39. Marsh & McClennan | A | Dividend | J | T | | | | | |
| 40. McDonalds Corp | A | Dividend | J | T | | | | | |
| 41. Microsoft Corp | A | Dividend | J | T | | | | | |
| 42. Nextera Energy Inc | A | Dividend | J | T | | | | | |
| 43. Novartis | A | Dividend | J | T | | | | | |
| 44. Texas Instruments | A | Dividend | J | T | | | | | |
| 45. Union Pacific Corp | A | Dividend | J | T | | | | | |
| 46. VF Corp | A | Dividend | J | T | | | | | |
| 47. American Growth | E | Dividend | N | T | | | | | |
| 48. American Global Growth | E | Dividend | M | T | | | | | |
| 49. Schlumberger | A | Dividend | J | T | | | | | |
| 50. JP Morgan Income Builder | B | Dividend | K | T | | | | | |
| 51. Chevron | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 53. Suncor Energy | A | Dividend | J | T | | | | | |
| 54. American Tower Corp REIT | A | Dividend | | | Sold | 08/12/19 | J | | |
| 55. Blackrock, INC | A | Dividend | J | T | | | | | |
| 56. Garrett Motion INC | A | Dividend | J | T | | | | | |
| 57. Mondelez Interntl Inc | A | Dividend | J | T | | | | | |
| 58. Parker Hanifin Corp | A | Dividend | J | T | | | | | |
| 59. Residio Technologies | A | Dividend | J | T | | | | | |
| 60. United Health | A | Dividend | J | T | | | | | |
| 61. IShares Corp S&P Mid-Cap | B | Dividend | K | T | | | | | |
| 62. AB Sustainable Global Fund | A | Dividend | J | T | | | | | |
| 63. AQR Defensive Equity Fund Class A | A | Dividend | J | T | | | | | |
| 64. Harding Loevner International Equity Fund | A | Dividend | J | T | | | | | |
| 65. Hartford Schroders Emerging Markets Equity Fund Class I | B | Dividend | | | Sold | 03/11/19 | K | | |
| 66. PGIM JENN Global Opportunities CL Z | B | Dividend | K | T | | | | | |
| 67. Angel Oak Multi Strategy Income Fund | A | Dividend | J | T | | | | | |
| 68. Invesco Floating Rate Fund Class Y | B | Dividend | | | Sold | 06/12/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Santoro, Frank J.** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   PGIM Floating Floating RateIncome Cl Z | A | Dividend | | | Sold | 04/09/19 | J | | |
| 70.   PGIM Short Duration High Yield Fund | A | Dividend | J | T | | | | | |
| 71.   Pimco Diversified Income Fund | A | Dividend | | | Sold | 08/07/19 | J | | |
| 72.   Pioneer Multi Asset Ultrashort Income Fund CL Z | B | Dividend | | | Sold | 02/06/19 | K | | |
| 73.   Putnam Diversified Income Fund Class Y | A | Dividend | K | T | | | | | |
| 74.   Linde PLC Eur | A | Dividend | J | T | | | | | |
| 75.   Republic Services Inc | A | Dividend | J | T | | | | | |
| 76.   Rockwell Automation Inc | A | Dividend | J | T | | | | | |
| 77.   American Growth and Income | D | Dividend | N | T | | | | | |
| 78.   Boeing Company | A | Dividend | J | T | Buy | 06/13/19 | J | | |
| 79.   Costco Wholesale Corp | A | Dividend | J | T | Buy | 03/29/19 | J | | |
| 80.   Amer Electric Power Co | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 81.   Cohen and Steers Preferred CPXIX | A | Dividend | J | T | Buy | 04/11/19 | J | | |
| 82.   PGIM Total Return Bond PDBZX | A | Dividend | K | T | Buy | 08/13/19 | K | | |
| 83.   Vanguard Total Stock | A | Dividend | J | T | Buy | 08/13/19 | J | | |
| 84.   Pioneer Muti Asset MYFRX | A | Dividend | K | T | Buy | 04/12/19 | K | | |
| 85. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Santoro, Frank J.** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Santoro, Frank J.** | 08/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

Holdings in lines 47, 48 and 77 are mutual funds maintained at Davenport and Company.
Holdings in lines 5 through 8 inclusive, 10, 61, 62, 63, 64, 66, 67, 70, 73, and 74 are mutual funds maintained at UBS.

.

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 08/14/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frank J. Santoro**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544